SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
JAY T. RAMSEY Cal. Bar No. 273160
jramsey@sheppardmullin.com
GIAN A. RYAN Cal. Bar No. 334599
gryan@sheppardmullin.com
1901 Avenue of the Stars #1600
Los Angeles, California 90067
Telephone:  310.228.2259
Facsimile:   310.228.3925

Attorney for Defendant
COMPASS CALIFORNIA, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THANE CHARMAN, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>COMPASS CALIFORNIA, INC.; RON SCHOONOVER; MARK REVETTA; DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No. 21-cv-01467-AJB-LL<br><br>*Hon. Anthony J. Battaglia*<br><br>**NOTICE OF SETTLEMENT AS TO PLAINTIFF'S INDIVIDUAL CLAIM AGAINST COMPASS CALIFORNIA, INC. ONLY** |

Now comes Compass California, Inc. ("Compass") and Plaintiff Thane Charman ("Plaintiff") by and through their attorneys to respectfully notify this Honorable Court that Plaintiff and Compass have settled Plaintiff's individual claims against Compass. Compass and Plaintiff request that the Honorable Court vacate all pending dates as they relate to Compass, including any deadline by which Compass must answer the Complaint, and allow sixty (60) days for Plaintiff and Compass to file dispositive documentation as to Compass. This Court shall retain jurisdiction over this matter until fully resolved as against Compass, and shall retain jurisdiction over Plaintiff's claims against Ron Schoonover and Mark Revetta.

Dated:  October 22, 2021        SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By    */s/ Jay T. Ramsey*
JAY T. RAMSEY
GIAN A. RYAN

Attorneys for Defendant
COMPASS CALIFORNIA, INC.

Dated:  October 22, 2021        LAW OFFICES OF TODD FRIEDMAN

By    */s/ Adrian Bacon*
ADRIAN BACON

Attorneys for Plaintiff
THANE CHARMAN