UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THANE CHARMAN,<br><br>                                   Plaintiff,<br><br>v.<br><br>COMPASS CALIFORNIA, INC., et al.,<br><br>                                   Defendants. | Case No.: 21-cv-01467-JLS-AGS<br><br>**ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S MOTION TO FILE DOCUMENTS ELECTRONICALLY**<br><br>**[ECF No. 21]** |

Presently before the Court is Plaintiff Thane Charman's Motion to Grant Leave to Electronically File (ECF No. 21). Plaintiff requests that the Court grant him, a pro se litigant, permission to use the CM/ECF system to electronically file documents in this case. (*Id.* at 1.) Plaintiff represents that he "has the equipment and software capabilities to do electronic filing" and "agree[s] to follow all rules and policies in the CM/ECF Administrative Policies and Procedures Manual." (*Id.*)

The Court directs Plaintiff to § 2(b) of the Southern District of California's Electronic Case Filing Administrative Policies and Procedures Manual, which sets forth the proper procedure and requirements for a pro se party seeking leave to electronically file documents. Pursuant to § 2.b., "[a] pro se party seeking leave to electronically file

documents must file a motion and demonstrate the means to do so properly by stating their equipment and software capabilities in addition to agreeing to follow all rules and policies in the CM/ECF Administrative Policies and Procedures Manual." In his Motion, Plaintiff generally states that he is capable of filing documents electronically but does not "demonstrate the means to do so by properly stating [his] equipment and software capabilities," as required by § 2.b. of the Electronic Case Filing Administrative Policies and Procedures Manual. Accordingly, the Court hereby **DENIES** Plaintiff's motion (ECF No. 21) without prejudice.

**IT IS SO ORDERED.**

Dated: January 6, 2022

Hon. Janis L. Sammartino
United States District Judge