UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THANE CHARMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COMPASS CALIFORNIA, INC.; RON SCHOONOVER; and MARK REVETTA,<br><br>Defendants. | Case No.: 21-CV-1467 JLS (AGS)<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO GRANT LEAVE TO ELECTRONICALLY FILE**<br><br>(ECF No. 26) |

Presently before the Court is Plaintiff Thane Charman's Motion to Grant Leave to Electronically File ("Mot.," ECF No. 26). Generally, "[e]xcept as prescribed by local rule, order, or other procedure, the Court has designated all cases to be assigned to the Electronic Filing System." S.D. Cal. CivLR 5.4(a). With respect to *pro se* litigants, however, "[u]nless otherwise authorized by the court, all documents submitted for filing to the Clerk's Office . . . must be in legible, paper form." Office of the Clerk, United States District Court for the Southern District of California, *Electronic Case Filing Administrative Policies and Procedures Manual*, § 2(b) (Mar. 31, 2021) [hereinafter "*ECF Manual*"], *available at* https://www.casd.uscourts.gov/_assets/pdf/cmecf/Electronic%20Case%20Filing%20Procedures%20Manual.pdf. "A pro se party seeking leave to electronically file documents must file a motion and demonstrate the means to do so properly by stating their

equipment and software capabilities in addition to agreeing to follow all rules and policies in the CM/ECF Administrative Policies and Procedures Manual." *Id.* The *ECF Manual* refers to the Court's official website for CM/ECF technical specifications, *id.* at § 1(i), which include a "[c]omputer running Windows or Macintosh"; "[s]oftware to convert documents from a word processor format to portable document format (PDF)," such as "Adobe Acrobat 7.0 and higher"; "[i]nternet access supporting a transfer rate of 56kb or higher"; a compatible browser, such as "Firefox 15, Internet Explorer 9, and Safari 5.1/6 or later version"; a "[s]canner to image non-computerized documents 400 pixels per inch (ppi)"; and a PACER account. United States District Court, Southern District of California, *CM/ECF Information: General Info*, https://www.casd.uscourts.gov/cmecf.aspx#undefined1 (last visited Jan. 18, 2022).

Here, the Court finds that Plaintiff has provided sufficient information concerning his computer equipment and software to meet the required technical specifications. *See generally* Mot. Accordingly, the Court **GRANTS** Plaintiff's Motion (ECF No. 26). Plaintiff **SHALL REGISTER** as a user with the Clerk's Office and as a subscriber per U.S. District Court for the Southern District of California Electronic Case Filing Administrative Policies and Procedures Manual Section 2(b).

**IT IS SO ORDERED.**

Dated: January 18, 2022

Hon. Janis L. Sammartino
United States District Judge