UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THANE CHARMAN,<br><br>                              Plaintiff,<br><br>v.<br><br>COMPASS CALIFORNIA, INC.;<br>RON SCHOONOVER; and<br>MARK REVETTA,<br><br>                              Defendants. | Case No.: 21-CV-1467 JLS (AGS)<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE**<br><br>(ECF No. 30) |

Presently before the Court is Plaintiff Thane Charman's Motion to Dismiss with Prejudice ("Mot.," ECF No. 30).  Plaintiff represents that the Parties "have resolved their case"; therefore, he "requests the Court dismiss the case against Defendants . . . with prejudice and close this action."  *Id.*  Good cause appearing, the Court **GRANTS** Plaintiff's Motion.  The Court **DISMISSES WITH PREJUDICE** this action.  As this concludes the litigation in this matter, the Clerk of the Court **SHALL CLOSE** the file.

**IT IS SO ORDERED.**

Dated: March 11, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge